UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

JOSE MORENO and MOHAMED
NAZIM KALIL                    Plaintiff,

Case No. 10 CIV 7458 (RJH)

-against-

194 EAST SECOND STREET, LLC.    Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Craig Stuart Lanza**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: cl-2452          My State Bar Number is 4239737

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Craig Stuart Lanza, Attorney at Law
            FIRM ADDRESS: 70A Greenwich Avenue #394
            FIRM TELEPHONE NUMBER: 646-409-6529
            FIRM FAX NUMBER: 646-365-3169

NEW FIRM:   FIRM NAME: Itkowitz & Harwood
            FIRM ADDRESS: 305 Broadway, 7th Floor
            FIRM TELEPHONE NUMBER: 646-822-1801
            FIRM FAX NUMBER: 646-822-1401

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 9/13/11

ATTORNEY'S SIGNATURE