```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSE MORENO AND MOHAMED NAZIM KALIL,   :
                                       :
                    Plaintiffs,        :
                                       :       10 Civ. 7458 (JMF)
        -v-                            :
                                       :       ORDER
194 EAST SECOND STREET, LLC,           :
                                       :
                    Defendant.         :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/12

JESSE M. FURMAN, District Judge:

    WHEREAS this case was recently transferred to the undersigned, it is hereby ORDERED that unless notified otherwise by the Court, any Scheduling Order or Case Management Plan remains in effect notwithstanding the case's transfer, **except that any currently scheduled conference or oral argument with the Court is adjourned until further notification**.

    IT IS FURTHER ORDERED that each party must submit a letter to the Court, not to exceed five pages, updating the Court on the status of the case no later than **May 7, 2012**. The parties are directed to the Court's applicable Individual Rules and Practices (available at http://nysd.uscourts.gov/judge/Furman) regarding the submission of letters. The status letter should include the following:

1. Names of counsel and current contact information, if different from the docket;

2. A brief statement of the nature of the case and/or the principal defenses thereto;

3. A statement of all existing deadlines, due dates, and/or cut-off dates;

4. A statement of any previously scheduled conference dates with the Court that have not yet occurred and the matters that were to be discussed;

5. A brief description of any motion that has been made, including the date of the motion and whether the motion has been decided;

6. A statement of whether there are any pending appeals;

7. A detailed statement of all discovery undertaken to date, including how many depositions each party has taken and what, if any, discovery remains that is essential for the parties to engage in meaningful settlement negotiations;

8. A statement describing the status of any settlement discussions, and whether the parties have a joint interest in referral to a United States Magistrate Judge for settlement purposes;

9. An estimate of the length of trial; and

10. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

SO ORDERED.

Dated: April 20, 2012
New York, New York

                                      JESSE M. FURMAN
                                      United States District Judge