

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/12
```

May 18, 2012

*Via Email Only* – Furman_NYSDChambers@nysd.uscourts.gov

Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007-1312

        Re:   *Jose Moreno and Mohammed Nazim Kalil v. 194 East Second Street, LLC*
              Case No. 10 CV 7458 (JMF)

Honorable Sir:

      This firm is counsel to the defendant in the above action, which was recently assigned to Your Honor. By endorsed letter dated May 7, 2012, Your Honor directed a conference in this case for May 24, 2012 at 3:30 p.m. At the time I received that notice I did not realize that I was already scheduled to appear to argue an order to show cause before Justice Peter O. Sherwood in New York State Supreme Court at the exact same time. Accordingly, I write pursuant to paragraph 1(E) of Your Honor's Rules to request an adjournment of the conference in this case, which is on for the first time. I have contacted my adversary, Craig S. Lanza, Esq., who consents to the adjournment.

      Thank you for your consideration.

*The conference is adjourned to May 29, 2012, at 3 pm.*
*SO ORDERED.*
*[signature]*
*May 18, 2012*

Respectfully submitted,

*[signature]*
Lori Samet Schwarz

cc:   Craig Stuart Lanza, Esq. (*via email*)

801 Second Avenue · New York, NY 10017 · T: 212.682.6800 · F: 212.682.6861 · www.zdlaw.com

New York  ·  New Jersey  ·  Connecticut