UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOSE MORENO and MOHAMED NAZIM KHALIL**,<br><br>Plaintiffs<br><br>- against -<br><br>**194 EAST SECOND STREET LLC,**<br><br>Defendant. | Case No.  10-cv-07458(JMF).<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

    PLEASE TAKE NOTICE that, upon the accompanying declaration of Craig Stuart Lanza, the accompanying affidavit of Mohamed Nazim Khalil, the accompanying affidavit of Jose Moreno, and the accompanying memorandum of law in support of Plaintiffs' motion for summary judgment, the undersigned will move before the Honorable Judge Jesse M. Furman, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, NY 1007, at a time and place to be scheduled by this Court, for an order granting Plaintiffs' motion for summary judgment.


Dated: New York, New York
       June 25, 2012

Respectfully submitted,

/s/ Craig Stuart Lanza
Craig Stuart Lanza (cl-2452)
26 Court Street, Suite 1200
Brooklyn, N.Y. 11242
Telephone:     (646) 409-6529
Facsimile:      (718) 596-7641
cslanza@gmail.com
*Counsel for Plaintiffs*

1