
ZETLIN & DE CHIARA LLP
Counselors at Law

July 23, 2012

Via Email Only – Furman_NYSDChambers@nysd.uscourts.gov

Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/12

Re:   Jose Moreno and Mohammed Nazim Kalil v. 194 East Second Street, LLC
      10 CV 7458 (JMF)

Honorable Sir:

This firm is counsel to the defendant in the above action. Pursuant to Your Honor's May 31, 2012 Scheduling Order, plaintiffs have moved for summary judgment and defendant's opposition is to be served by July 31, 2012. Pursuant to paragraph 3(D) of Your Honor's Rules, defendant's memorandum of law in opposition is limited to twenty-five pages. I write to respectfully request permission to extend that page limit to thirty-five pages. Defendant anticipates requiring up to an additional ten pages to address all of the relevant legal points raised in plaintiffs' motion and to fully identify for the court the conflicting testimony given by plaintiffs during their depositions. We assure the Court that we will be succinct in our arguments and will not use the additional space to quote from the transcripts.

Thank you for your consideration.

Respectfully submitted,

Lori Samet Schwarz

cc:   Craig Stuart Lanza, Esq. (*via email*)

Application denied.
SO ORDERED.

July 24, 2012

801 Second Avenue • New York, NY 10017 • T: 212.682.6800 • F: 212.682.6861 • www.zdlaw.com

New York  •  New Jersey  •  Connecticut