cslanza@gmail.com
646-409-6529 (phone)
718-596-7641 (fax)

# CRAIG STUART LANZA

ATTORNEY AT LAW
26 Court Street, Suite 1200
Brooklyn, New York 11242

---

Hon. Jesse M. Furman
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

VIA ELECTRONIC MAIL

January 11, 2013

Re:  Jose Moreno et al. v. 194 East Second Street, LLC 1:10-CV-7458 (JMF).

Your Honor:

    Pursuant to this Honorable Court's January 4, 2013 Order, Plaintiffs are writing to indicate the witnesses that Plaintiffs intend to call at the upcoming, January 18, 2013, hearing on the issue of equitable tolling. The undersigned intends to call Jose Moreno and Mohamed Nazim Kalil at the upcoming hearing.

    I remain available to answer any questions the Court may have.

Respectfully,

Craig Stuart Lanza

cc:  Lori Samet Schwarz, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #:
DATE FILED: 1/14/13