

# CRAIG STUART LANZA
### ATTORNEY AT LAW
26 Court Street, Suite 1200
Brooklyn, New York 11242

cslanza@gmail.com
646-409-6529 (phone)
718-596-7641 (fax)

Hon. Jesse M. Furman
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

VIA ELECTRONIC MAIL

January 15, 2013

Re: Jose Moreno et al. v. 194 East Second Street, LLC 1:10-CV-7458 (JMF).

Your Honor:

    Upon careful consideration of this Honorable Court's January 4, 2013 Order, Plaintiffs hereby withdraw any claims that the doctrine of equitable tolling applies in the above-captioned matter. As such, Plaintiffs believe that the need for a hearing this Friday, January 18, 2013 is now obviated.

    However, Plaintiffs and Plaintiffs' counsel remain available this upcoming Friday for any questions which the Court may have.

Respectfully,

Craig Stuart Lanza

cc: Lori Samet Schwarz, Esq.

---

Plaintiffs' equitable tolling claims are deemed withdrawn and the hearing is CANCELLED. The parties shall appear on Friday at the same time for a conference with the Court. All other dates and deadlines remain in effect.

SO ORDERED.

January 15, 2013